Form rfiler – ntcrefilerv27.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 14–31583–TBA
        Chapter: 13
        Judge: DONALD H. STECKROTH

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Danny Y. Cheong
   956 Virgil Avenue
   Ridgefield, NJ 07657

Social Security No.:
   xxx–xx–2610

Employer's Tax I.D. No.:

## NOTICE OF EVIDENCE OF REPEAT FILING

To: Debtor, Attorney for Debtor, Trustee and United States Trustee

   You are hereby notified that the Clerk has determined that the

- ☑ debtor
- ☐ joint debtor

   received a discharge in case number 11–44304 , commenced on 11/30/2011. Pursuant to section 727(a)(8) or 1328(f), the debtor(s) is ineligible to receive a discharge.

   Objections to this matter must be in writing and filed with the Clerk on or before November 14, 2014 at

        U.S. Bankruptcy Court
        MLK Jr Federal Building
        50 Walnut Street
        Newark, NJ 07102

   In the event a timely objection is filed, a hearing will be held before the Honorable Judge DONALD H. STECKROTH on:

   DATE:           November 24, 2014
   TIME:            10:00 AM
   COURTROOM:   3A

Dated: October 24, 2014
JJW: mrg

                              James J. Waldron
                              Clerk