Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  14−31583−TBA
                Chapter:  13
                Judge:  DONALD H. STECKROTH

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Danny Y. Cheong
   956 Virgil Avenue
   Ridgefield, NJ 07657

Social Security No.:
   xxx−xx−2610

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             1/15/15
Time:           10:00 AM
Location:        Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 24, 2014
JJW: rh

                                        James J. Waldron
                                        Clerk, U. S. Bankruptcy Court

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 14-31583-TBA
Danny Y. Cheong                                                Chapter 13
        Debtor            CERTIFICATE OF NOTICE
District/off: 0312-2          User: rhernand              Page 1 of 1          Date Rcvd: Oct 24, 2014
                              Form ID: 132                Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2014.
db             +Danny Y. Cheong,    956 Virgil Avenue,    Ridgefield, NJ 07657-1117
515125904      +1st Constitiuion Bank,    c/o Seidman & Pincus, LLC,    777 Terrace Avenue, Suite 508,
                 Hasbrouck Heights, NJ 07604-3114
515125905     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:    A H F C,    201 LITTLE FALLS DR,    WILMINGTON, DE 19808)
515125906      +Bergen County Sheriff's Office,    10 Main Street, Room 404,    Hackensack, New Jersey 07601-7069
515125907     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:    CAP ONE,    PO BOX 85520,    RICHMOND, VA 23285)
515125908      +CCS/FIRST NATIONAL BAN,    500 E 60TH ST N,    SIOUX FALLS, SD 57104-0478
515125909      +Fein, Such, Kahn & Shepard, P.C.,    7 Century Drive, Suite 201,    Parsippany, NJ 07054-4673
515125910      +Manieri and Maroules, LLC,    30 Two Bridges Road, Suite 260,    Fairfield, New Jersey 07004-1551
515125912      +PENNYMAC LOAN SERVICES,    6101 CONDOR DR,    MOORPARK, CA 93021-2602
515125913      +PIONR CAPTL,    PO BOX 719,    ANOKA, MN 55303-0727
515125911      +PennyMac Holdings LLC,    c/o Power Kien LLC,    728 Marine Highway, Suite 200,
                 Moorestown, NJ 08057-3128
515125914      +Powers Kirn, LLC,    728 Marne Highway, Suite 200,    Moorsetown, NJ 08057-3128
515125915      +Seidman & Pincus, LLC,    777 Terrace Avenue, Suite 508,    HasbroucK Heights, NJ 07604-3114
515125916     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:    TOYOTA MOTOR CREDIT,    4 GATEHALL DR STE 350,
                 PARSIPPANY, NJ 07054)
515125919     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:    U S BANK,    101 5TH ST E STE A,    SAINT PAUL, MN 55101)
515125920      +WELLS FARGO BANK NV NA,    PO BOX 31557,    BILLINGS, MT 59107-1557

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: leah.bynon@usdoj.gov Oct 24 2014 22:16:13     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 24 2014 22:16:06     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515125917*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:    TOYOTA MOTOR CREDIT CO,    4 GATEHALL DR STE 350,
                 PARSIPPANY, NJ 07054)
515125918*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:    TOYOTA MOTOR CREDIT CO,    4 GATEHALL DR STE 350,
                 PARSIPPANY, NJ 07054)
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2014 at the address(es) listed below:
              Daniel V Remer    on behalf of Debtor Danny Y. Cheong dremer@ligalaw.com,
               dvr@castro-remer.com;sliga@ligalaw.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 2
```