The Liga Law Group
Daniel V. Remer Esq.
777 Westchester Avenue Suite 101
White Plains, NY  10604

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  Danny Y. Cheong | CASE NO: 14-31583 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 10/31/2014, I did cause a copy of the following documents, described below,

Motion to Extend the Automatic Stay,

Affirmation in Support of the Motion to Extend the Automatic Stay

Proposed Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 10/31/2014

/s/ Daniel V. Remer Esq.
Daniel V. Remer Esq.  DVR1569
The Liga Law Group P.C.
777 Westchester Avenue Suite 101
White Plains, NY  10604
877 725 5442
sliga@ligalaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: Danny Y. Cheong | CASE NO: 14-31583 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 10/31/2014, a copy of the following documents, described below,

Motion to Extend the Automatic Stay,

Affirmation in Support of the Motion to Extend the Automatic Stay

Proposed Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/31/2014

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
The Liga Law Group P.C.
Daniel V. Remer Esq.
777 Westchester Avenue Suite 101
White Plains, NY  10604

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>0312-2<br>CASE 14-31583-TBA<br>DISTRICT OF NEW JERSEY<br>NEWARK<br>FRI OCT 31 14-51-39 EDT 2014 | ~~U.S. BANKRUPTCY COURT~~<br>~~MLK JR FEDERAL BUILDING~~<br>~~50 WALNUT STREET~~<br>~~NEWARK NJ 07102-3550~~ | 1ST CONSTITIUION BANK<br>CO SEIDMAN & PINCUS LLC<br>777 TERRACE AVENUE SUITE 508<br>HASBROUCK HEIGHTS NJ 07604-3114 |
| AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | BERGEN COUNTY SHERIFF'S OFFICE<br>10 MAIN STREET ROOM 404<br>HACKENSACK NEW JERSEY 07601-7069 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CCSFIRST NATIONAL BAN<br>500 E 60TH ST N<br>SIOUX FALLS SD 57104-0478 | FEIN SUCH KAHN & SHEPARD P.C.<br>7 CENTURY DRIVE SUITE 201<br>PARSIPPANY NJ 07054-4673 | MANIERI AND MAROULES LLC<br>30 TWO BRIDGES ROAD SUITE 260<br>FAIRFIELD NEW JERSEY 07004-1551 |
| PENNYMAC LOAN SERVICES<br>6101 CONDOR DR<br>MOORPARK CA 93021-2602 | PIONR CAPTL<br>PO BOX 719<br>ANOKA MN 55303-0727 | PENNYMAC HOLDINGS LLC<br>CO POWER KIEN LLC<br>728 MARINE HIGHWAY SUITE 200<br>MOORESTOWN NJ 08057-3128 |
| POWERS KIRN LLC<br>728 MARNE HIGHWAY SUITE 200<br>MOORSETOWN NJ 08057-3128 | SEIDMAN & PINCUS LLC<br>777 TERRACE AVENUE SUITE 508<br>HASBROUCK HEIGHTS NJ 07604-3114 | TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | WELLS FARGO BANK NV NA<br>PO BOX 31557<br>BILLINGS MT 59107-1557 | DANIEL V REMER<br>THE LIGA LAW GROUP PC<br>777 WESTCHESTER AVENUE<br>SUITE 101<br>WHITE PLAINS NY 10604-3520 |

*DEBTOR*

| | | |
|---|---|---|
| DANNY Y. CHEONG<br>956 VIRGIL AVENUE<br>RIDGEFIELD NJ 07657-1117 | MARIE-ANN GREENBERG<br>CHAPTER 13 STANDING TRUSTEE<br>30 TWO BRIDGES RD<br>SUITE 330<br>FAIRFIELD NJ 07004-1550 | |

Case 14-31583-RG    Doc 15    Filed 10/31/14    Entered 10/31/14 14:55:02    Desc Main
Document      Page 3 of 3
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM