UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
2014-0362

POWERS KIRN, LLC
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for PennyMac Holdings, LLC
Attorney ID:  WP0186

In Re:

    Danny Y. Cheong
    aka Danny Yeil Cheong

Case No.:   14-31583-TBA

Hearing Date:

Judge:   Honorable Donald H. Steckroth

Chapter:  13

## CERTIFICATION OF SERVICE

1.    I, Nancy Patterson:

    ☐ represent the _____ in the above captioned matter.

    ☒ am the secretary/paralegal for Powers Kirn, LLC, who represents the movant/creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.    On November 5, 2014, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Appearance/Notice Request

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                     _/s/ Nancy Patterson_

Dated:  November 5, 2014                   Nancy Patterson

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann  Greenberg<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ  07004 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Daniel V. Remer, Esquire<br>777 Westchester Avenue, Suite 101<br>White Plains, NY   10604 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Danny Y. Cheong<br>aka Danny Yeil Cheong<br>956 Virgil Avenue<br>Ridgefield, NJ  07657 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
|  |  |  |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.