| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>United States Bankruptcy Court<br>51 Walnut Street<br>Newark, New Jersey  07102<br><br><br>In Re:<br><br>**DANNY Y. CHEONG** | Case No.: **14-31583-TBA**<br><br>Adv. No.:<br><br>Hearing Date: **11/20/2014 @ 11:00 AM**<br><br>Judge: **DONALD H. STECKROTH** |

Order Filed on 11/26/2014 by Clerk U.S. Bankruptcy Court District of New Jersey

**ORDER**

The relief set forth on the following pages, numbered two (2) through  2   is hereby **ORDERED**.

**DATED: 11/26/2014**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Pursuant to 11 U.S.C. § 362(c)(3), the Debtor's motion to extend the automatic stay is hereby GRANTED.

---

*Approved by Judge Novalyn L. Winfield November 26, 2014*