Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2014

**Chapter 13 Case # 14-31583**

Re:   DANNY Y. CHEONG  
     956 VIRGIL AVENUE  
     RIDGEFIELD, NJ  07657

Atty:   DANIEL V REMER  
      THE LIGA LAW GROUP PC  
      777 WESTCHESTER AVENUE  
      SUITE 101  
      WHITE PLAINS, NY  10604

## RECEIPTS AS OF 12/31/2014    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/25/2014 | $400.00 | 22379638228 | | | |

**Total Receipts: $400.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $400.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2014    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 23.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | 1ST CONSTITIUION BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BERGEN COUNTY SHERIFF'S OFFICE | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CAP ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | CCS/FIRST NATIONAL BAN | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | FEIN, SUCH, KAHN & SHEPARD, P.C. | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | MANIERI AND MAROULES, LLC | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | PENNYMAC LOAN SERVICES | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | PIONR CAPTL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | POWERS KIRN, LLC | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | U S BANK | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | WELLS FARGO OPERATIONS CENTER | MORTGAGE ARR | 46,312.76 | 100.00% | 0.00 | 0.00 |
| 0018 | LEXUS FINANCIAL SERVICES | VEHICLE SECURE | 9.60 | 100.00% | 0.00 | 0.00 |

**Total Paid: $23.50**  
See Summary

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 21 , 2015.

Receipts: $400.00         -      Paid to Claims: $0.00      -      Admin Costs Paid: $23.50      =      Funds on Hand: $476.50

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN .